## LITTLE V. GIDLEY.
(Decided January 13, 1914.)

APPEAL from Anniston City Court.
Heard before Hon. THOMAS W. COLEMAN, JR.
No counsel marked for either party.
Per curiam. Appeal dismissed.

***

## LONG V. CITY OF GADSDEN.
(Decided January 15, 1914.)

APPEAL from Etowah Circuit Court.
Heard before Hon. J. E. BLACKWOOD.
W. J. BOYKIN, for appellant. GOODHUE & BRINDLEY, for appellee.
Per curiam. Appeal dismissed.

***

## LONG V. EMPIRE GUANO CO.
(Decided November 27, 1913.)

APPEAL from Walker Law and Equity Court.
Heard before Hon. T. L. SOWELL.
No counsel marked for either party.
Per curiam. Affirmed on certificate.

***

## McADORY V. HILL.
(Decided November 27, 1913.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. E. C. CROWE.
No counsel marked for appellant. F. E. BLACKBURN, for appellee.
Per curiam. Affirmed on certificate.